IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-00353-10-CR-W-ODS |
| ) | |
| LONNIE GOODRICH, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND FINDING DEFENDANT COMPETENT TO STAND TRIAL

On November 17, 2011, the Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation recommending that Defendant be found competent to stand trial. Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed *de novo* the transcripts of the proceedings held before Judge Hays on August 18, 2011, and October 28, 2011, the report from the Metropolitan Correction Center, and two reports from Dr. William Logan. In light of the evidence in the Record and the lack of an objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant is competent to stand trial.

IT IS SO ORDERED.

DATE: December 9, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT