IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-00353-10-CR-W-ODS |
| | ) | |
| LONNIE GOODRICH, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTIONS TO DISMISS**

On February 10, 2012, the Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation ("the Report") recommending that Defendant's motions to dismiss be denied. Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed the matter *de novo* and concurs with the Report's conclusions. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation (Doc. # 414) and denies the motions to dismiss (Doc. Nos. 372, 386, 399, and 401).

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 1, 2012          UNITED STATES DISTRICT COURT